**Hurley KELLY, Libelant-Appellant,**

v.

**THREE BAYS CORPORATION, Ltd.,
Respondent-Appellee.**

**No. 291, Docket 25844.**

United States Court of Appeals
Second Circuit.

Argued April 13, 1960.

Decided April 15, 1960.

Kenneth Heller, New York City, for libelant-appellant.

Daniel J. Dougherty, New York City (Kirlin, Campbell & Keating, New York City, and Robert L. Mahar, Brooklyn, N. Y., on the brief), for respondent-appellee.

Before LUMBARD, Chief Judge, and SWAN and CLARK, Circuit Judges.

PER CURIAM.

The decree of the district court is affirmed on the thorough and well reasoned opinion of Judge Bryan, reported at 1959, 173 F.Supp. 835.

**AACON CONTRACTING CO., Inc.,
Plaintiff-Appellant,**

v.

**ASSOCIATION OF CATHOLIC TRADE
UNIONISTS, Defendant-Appellee.**

**No. 281, Docket 26027.**

United States Court of Appeals
Second Circuit.

Submitted April 7, 1960.

Decided April 20, 1960.

Raphael, Searles, Levin & Vischi, New York City (Sidney O. Raphael and Leo M. Drachsler, New York City, on the brief), for plaintiff-appellant.

Harold, Luca, Persky & Mozer, New York City, for defendant-appellee.

Before LUMBARD, Chief Judge and HINCKS and FRIENDLY, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of Judge Bruchhausen reported at D.C.E.D.N.Y.1959, 178 F.Supp. 129.